## Hugh McCurdy v. Joseph R. Bowman and another.

*Equity pleading and practice: Appeal: Notices: Service.* An appeal in chancery in a case where the evidence has been taken in open court will not be dismissed for the reason that the notices of appeal and of settling a case upon the evidence were served upon the appellee in person instead of his solicitor of record, where he is himself a solicitor of the court and has taken part in the management and trial of the cause and made no objection to the service at the time.

*Heard April 29.     Decided April 30.*

Appeal in Chancery from Shiawassee circuit.

Motion by complainant (appellee) to dismiss the appeal.

*Theodore Romeyn,* for the motion.

*C. A. Kent, contra.*

PER CURIAM.

Motion to dismiss an appeal in chancery in a case where

McCurdy v. Bowman.

the evidence had been taken in open court, for the reason that the notices of appeal and of settling a case upon the evidence, had been served upon the complainant (appellee) in person, instead of his solicitor of record.

It appearing, however, that the complainant was himself a solicitor of the court and had taken part in the management and trial of the case, and that when the notices were served upon him, he made no objection to such service being made upon himself instead of his solicitor, which, if made, would have enabled the solicitor for the appellant at once to have corrected the error and made the service upon the solicitor: *Held*, that his own conduct, having tended to mislead the appellant's solicitor into the belief that such service was satisfactory, complainant cannot now object to the validity of the notice for the purpose of dismissing the appeal or invalidating the case settled upon such notice.

Motion denied.